**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7355**

ROBERT LEE MAYO,

Plaintiff - Appellant,

v.

NORFOLK POLICE DEPARTMENT, Police Official; RICHARD DAVIS, III, Attorney; KATHLEEN ORTIZ, Public Defender,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-00620-LMB-IDD)

Submitted: April 25, 2019                          Decided: April 29, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Lee Mayo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this 42 U.S.C. § 1983 (2012) action brought by Robert Lee Mayo, the district court entered an order dismissing the action without prejudice but subsequently vacated the order of dismissal. Mayo noted his appeal from the order of dismissal. Because the order appealed has been vacated, this appeal is now moot. *See Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (setting forth principles of appellate mootness); *Mellen v. Bunting*, 327 F.3d 355, 363-64 (4th Cir. 2003) ("When a case has become moot after the entry of the district court's judgment, an appellate court no longer has jurisdiction to entertain the appeal.").

Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*